# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **RODNEY MOORE,** | **JUDGMENT IN A CIVIL CASE** |
| **Petitioner,** | |
| v. | 09-cv-147-slc |
| **GREG GRAMS, Warden,** <br> **Columbia Correctional Institution,** | |
| **Respondent.** | |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

that the petition of Rodney Moore for a writ of habeas corpus, attacking his 1995 conviction for one count of exposing a child to harmful materials, is DISMISSED for petitioner's failure to satisfy 28 U.S.C. § 2254(a)'s "custody" requirement.

**PETER A. OPPENEER**

**Peter A. Oppeneer, Clerk**

**/s/**                                                                                          **4/8/09**
**by Deputy Clerk**                                                                   **Date**